## AFFIDAVIT

I, Daniel Greene, state:

### *INTRODUCTION AND AGENT BACKGROUND*

1. I have been a Special Agent with Internal Revenue Service Criminal Investigation, United States Department of Treasury ("IRS-CI") since December 2019. In that role, I investigate criminal violations of the Internal Revenue Code and related statutes. As a Special Agent, I have been the lead case agent on numerous fraud investigations.

2. I submit this affidavit in support of an application for a criminal complaint charging GURPRIT SINGH ("SINGH") with four counts of theft of government funds, in violation of 18 U.S.C. §§ 641, and for a warrant for SINGH's arrest.

3. As detailed below, SINGH was the sole officer of a purported Massachusetts business. Although SINGH's business had never filed a tax return of any kind, in about January, March, and June 2024, SINGH deposited four tax refund checks purportedly payable to SINGH's business. The U.S. Treasury had actually issued those checks to other companies, and the checks had been altered to be payable to SINGH's business. In this fashion, SINGH stole $2,547,508.07 from the U.S. Treasury.

4. The facts in this affidavit come from my personal knowledge, information that other law enforcement agents provided, information I obtained through witness interviews, and my review of records described below. This affidavit is not intended to set forth all of the information that I have learned during this investigation and includes only the information necessary to establish probable cause for the requested complaint and arrest warrant.

### *PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED*

Background

1

5. Bank A is a bank headquartered in Rockland, Massachusetts.

6. Bank B is a bank headquartered in White Plains, New York, with branches in Massachusetts.

7. According to Massachusetts RMV records, SINGH lives in Framingham, Massachusetts. According to U.S. Postal Service records, an individual named "Gurprit Singh" receives mail at the address in SINGH's RMV file. Below is the image of SINGH on file with the RMV.



8. Based on records filed with the Secretary of the Commonwealth, on or about October 7, 2023, SINGH registered CAFÉ H INC as a Massachusetts corporation.. The Articles of Incorporation list SINGH as the company's only officer.

9. IRS records show that on or about October 11, 2023, the IRS assigned CAFÉ H INC. the Employer Identification Number ("EIN")       3891. The application for the EIN referenced the Social Security number       -5493, which is assigned to SINGH.

10. Based on Bank A records, on or about October 27, 2023, SINGH opened a business checking account at Bank A in the name of CAFÉ H INC with an account number ending in 3080 (the "3080 Account"). SINGH listed himself as sole owner of the company on the signature card and used EIN       3891 as its tax identifier.

11.     Based on Bank B records, on or about November 25, 2023, SINGH opened a business checking account at BANK B in the name of CAFÉ H INC with an account number ending in 3329 (the "3329 Account"). SINGH listed himself as the company's sole owner on the account application and used EIN          3891 as its tax identifier.

12.     Based on IRS records, CAFÉ H INC. did not file any tax return for tax years 2020, 2021, 2022, or 2023; did not pay any taxes in those years; and accordingly, was not eligible to and did not receive a tax refund for taxes paid in any of those years.

Theft of Government Funds

13.     On or about January 12, 2024, SINGH entered Bank A's Shrewsbury, Massachusetts branch and deposited U.S. Treasury check number 34872255. On its face, the Treasury check was payable to CAFÉ H INC. in the amount of $204,644.77. SINGH deposited the check into the 3080 Account. The check memo reads "CAFÉ FRESNO 12/2021 TAX REFUND." An image of the check appears below.



14.     Bank A's surveillance captured the image below of SINGH standing at the window of the teller who took the check and processed the deposit.

3



15. IRS records show that the U.S. Treasury actually issued check number 34872255 to a couple in San Diego, not to CAFÉ H INC.

16. On or about March 4, 2024, at Bank A's Worcester, Massachusetts branch, SINGH deposited another U.S. Treasury check payable to CAFÉ H. INC., this one numbered 36258948 in the amount of $169,369.90, into the 3080 Account. The check memo reads "CAFÉ KANSAS 12/2022 F-1041 REF." An image of the check appears below.



17. As noted above, IRS records show that CAFÉ H INC never filed a Form 1041 or any other tax returns that would have generated a refund.

18. IRS records show that the U.S. Treasury actually issued check number 36258948

4

to a New York trust, not to CAFÉ H INC.

19.     On or about March 5, 2024, at Bank B's Framingham, Massachusetts branch, SINGH deposited another U.S. Treasury check, this one numbered 34920693 and purportedly payable to CAFÉ H. INC., in the amount of $84,965.00, into the 3329 Account.  An image of the check appears below.  The check memo reads "CAFÉ ANDOVE 12/2022 TAX REFUND 30."



20.     As detailed above, IRS records show that CAFÉ H INC never filed a tax return that would have generated a refund.  IRS records show that the U.S. Treasury actually issued check number 34920693 to a Brooklyn couple, not to CAFÉ H INC.

21.     On or about June 20, 2024, SINGH entered Bank A's Worcester branch and deposited U.S. Treasury check number 50583145, purportedly payable to CAFÉ H. INC., in the amount of $2,088,528.40 into the 3080 Account.  The memo on this check reads "CAFÉ AUSTIN 12/2023 TAX REFUND 30." An image of the check appears below.



22. Bank A's surveillance captured the image below of SINGH standing at the window of the teller who took the check and processed the deposit.



23. As detailed above, IRS records show that CAFÉ H INC never filed a tax return that would have generated this refund. IRS records show instead that the U.S. Treasury actually issued check number 50583145 to a couple in the United Kingdom, not to CAFÉ H INC.

24. Based on the information provided above, there is probable cause to believe that SINGH knowingly converted U.S. Treasury checks to his use and stole U.S. Treasury funds, in violation of 18 U.S.C. § 641, on or about the dates and in the amounts indicated below:

6

| Approximate Date | Value |
|---|---|
| January 12, 2024 | $204,644.77 |
| March 4, 2024 | $169,369.90 |
| March 5, 2024 | $84,965.00 |
| June 20, 2024 | $2,088,528.40 |

Sworn to under the pains and penalties of perjury,

Respectfully submitted,

Daniel Greene
Special Agent
Internal Revenue Service
Criminal Investigation

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a) on **June 4, 2025.**

Hon. JENNIFER C. BOAL
United States Magistrate Judge